# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
135355 & (59)
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FARM BUREAU INSURANCE COMPANY,
Plaintiff-Appellant,

SC:    135355
v                                                                CoA   269416
Monroe CC: 04-18057-CZ

MARIA ABALOS and MARCOS ABALOS,
Defendants,
and

ROBERT CASTELLANOS and
ADRIENNE CASTELLANOS,
Defendants-Appellees.
_____

On order of the Chief Justice, a stipulation to withdraw the application for leave to appeal is considered and the application is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2008

Clerk